UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BISON BUILDERS, INC., a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY, a foreign insurance company,<br><br>　　　　　Defendant. | NO. CV-10-120-EFS<br><br>**ORDER OF DISMISSAL** |

　　By Stipulation filed March 9, 2011, the parties agree that the above-titled cause of action can be dismissed with prejudice and without costs or attorneys' fees to either party.  (ECF No. 16.)  Based on the parties' stipulation, **IT IS HEREBY ORDERED:**

　　1. The above-titled cause of action is **DISMISSED WITH PREJUDICE** and without fees or costs to either party.

　　2. This file shall be **CLOSED.**

　　3. All pending motions are **DENIED** as moot.

　　4. All hearings are **STRICKEN.**

　　**IT IS SO ORDERED.**  The District Court Executive is directed to enter

ORDER * 1

1  this Order and provide copies to counsel.
2       **DATED** this ___14th___ day of March 2011.

Case 2:10-cv-00120-EFS   Document 17   Filed 03/14/11

1 | this Order and provide copies to counsel.
2 |     **DATED** this ___14th___ day of March 2011.

                                S/ Edward F. Shea
                                  EDWARD F. SHEA
                        United States District Judge

`Q:\Civil\2010\120.Stip.Dismiss.wpd`

ORDER \* 2